UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAKISA INC., a Canadian corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVAR SOLUTIONS INC., formerly known as Univar Inc., a Delaware corporation,<br><br>Defendant. | Case No. 1:21 cv 1734<br><br>[~~PROPOSED~~] ORDER |

This cause coming before the Court upon the Joint Motion to Transfer,

**IT IS HEREBY ORDERED AND ADJUDGED:**

The Parties' Joint Motion is granted. The Court finds that transfer to the United States District Court for the Northern District of Illinois will best serve the convenience of parties and witnesses, the interest of justice, and fairness.

Accordingly, the Court hereby TRANSFERS this action to the United States District Court for the Northern District of Illinois.

DONE AND ORDERED on  4/26/21 ,

_____
UNITED STATES DISTRICT JUDGE